STATE OF NEW JERSEY v. IRWIN D. BICKEL.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD ALBERT HABICH.

September 21, 1971. Petition for certification denied.

AARON SURKIS, AN INFANT, BY GUARDIAN *AD LITEM*, *ET AL.* v. JUNE STRELECKI, *ET AL.*

September 21, 1971. Petition for certification denied. (See 114 *N. J. Super.* 596)

STATE OF NEW JERSEY v. JAY W. JOHNSON

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN J. OGLESBY

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. BILLY RAY DAVIS.

September 21, 1971. Petition for certification denied.